IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-mc-00092-KLM

MICHELLE M. MINNEY,

    Plaintiff(s),

v.

AURORA LOAN SERVICES, LLC,
GENERAL MOTORS ACCEPTANCE CORPORATION, et al.,

    Defendant(s).
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    By Minute Order dated September 4, 2007, Plaintiff was ordered to appear, in person, at a status conference set for September 6, 2007 [Docket No. 4]. Plaintiff failed to appear at the September 6, 2007. By Minute Entry dated September 6, 2007, the Court set a second status conference for October 23, 2007 and ordered that Plaintiff appear in person to discuss the nature of her claims [Docket No. 5]. Plaintiff again failed to appear at the October 23, 2007 status conference. The Court then ordered Plaintiff to show cause, in writing, on or before November 2, 2007, why it should not recommend that Plaintiff's case be dismissed without prejudice for her failure to appear, her failure to prosecute and her failure to comply with the Court's orders [Docket No. 7; filed October 26, 2007].

    Plaintiff has not contacted the Court to explain her absences and no mail from the

Court to Plaintiff has been returned as undeliverable. Further, as of December 11, 2007, Plaintiff has failed to show cause why the case should not be dismissed. Plaintiff has failed to comply with the Court's Orders issued September 4, 2007, September 6, 2007, and October 26, 2007.

Accordingly, IT IS HEREBY **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:
\_\_s/ Kristen L. Mix_____
United States Magistrate Judge

Dated: December 14, 2007